EL PUEBLO, DEMANDANTE Y APELADO, *v.* TRINIDAD, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por acometimiento con circunstancias agravantes.

No. 1125.—Resuelto en marzo 7, 1917.

SENTENCIA DEFECTUOSA—MODIFICACIÓN DE LA MISMA EN APELACIÓN PARA CORREGIR LOS DEFECTOS.—Cuando los autos contienen datos suficientes por virtud de los cuales el Tribunal Supremo está en condiciones de hacer lo que pudo haber hecho la corte de distrito y que es de presumirse hubiera hecho de habérsele llamado la atención sobre el particular, o lo que dicha corte podría hacer e indiscutiblemente haría de ser devuelto el caso, la sentencia apelada no debe ser revocada sino modificada en tanto fuere necesario con el fin de que quede subsanado el defecto y confirmada entonces como ha sido modificada.

ACOMETIMIENTO CON CIRCUNSTANCIAS AGRAVANTES—ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES—MODIFICACIÓN DE LA SENTENCIA ELIMINANDO DE ELLA LAS PALABRAS "Y AGRESIÓN."—Aplicando la anterior doctrina, cuando en una denuncia se imputa un delito de acometimiento con circunstancias agravantes y la sentencia de la corte de distrito declara al acusado culpable de acometimiento y agresión con circunstancias agravantes,

el Tribunal Supremo en apelación puede corregir el error modificándola en el sentido de eliminar de ella las palabras ''y agresión'' y así modificada confirmarla.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Marcelino Romany.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.

Celebrado un juicio *de novo* ante la corte de distrito, fué declarado culpable el apelante por un delito de acometimiento y agresión grave a virtud de una denuncia en que se imputaba un delito de acometimiento con circunstancias agravantes solamente.

Estamos enteramente de acuerdo con el apelante en lo que se refiere a la única cuestión que ha sido levantada en su alegato, o sea, que la corte de distrito cometió error al declararlo culpable por un delito de acometimiento y agresión grave de conformidad con una denuncia en que no se alega agresión alguna y que la sentencia como fué dictada por la corte inferior no puede subsistir; pero ya hemos resuelto que cuando los autos contienen datos suficientes por virtud de los cuales este tribunal puede estar en condiciones de hacer lo que pudo haber hecho la corte de distrito y que es de presumirse hubiera hecho de habérsele llamado la atención sobre el particular, o lo que dicha corte podría hacer e indiscutiblemente haría de ser devuelto el caso, la sentencia apelada no debe ser revocada, sino modificada en tanto fuere necesario con el fin de que quede subsanado el defecto y confirmada entonees como ha sido modificada. *El Pueblo* v. *Alvarez,* 21 D. P. R. 86. Examinados detenidamente los autos de esta causa así como las autoridades en relación con la materia, no encontramos verdadero motivo por el cual no deba procederse en esta forma en el presente caso. *Hernández* v. *State,* 131 S. W. 1091; *McCorquodale* v. *State,* 98 S. W. 879; *Burk* v. *State,* 95 S. W. 1064; *Turner* v. *State,* 68 S. W. 511; *Burks* v. *State,* 55 S. W. 824; *Thomas* v. *State,* 19 S. W. 901.

La sentencia dictada por la corte de distrito debe ser modificada de modo que diga "acometimiento con circunstancias agravantes" donde habla de "acometimiento y agresión grave," y una vez que sea modificada en este sentido, deberá ser confirmada.

> *Confirmada la sentencia apelada, pero modificándola en el sentido de que donde dice ."acometimiento y agresión con circunstancias agravantes" diga "acometimiento con circunstancias agravantes."*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.